### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 17 B 07264 |
| Allen Thomas, | ) | HON. COX |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## NOTICE OF MOTION

To:   Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603;

Anna Valencia, City Clerk, 121 N. LaSalle Street, Room 107, Chicago, IL 60602;

See attached Service List.

Please take notice that on December 10, 2018, at 9:00 a.m., I shall appear before the Honorable Cox in Courtroom 680 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he sent this notice and the attached motion on December 3, 2018, to:

The Chapter 13 Trustee listed above via electronic notice; and

To the attached service list via U.S. Mail with postage prepaid from the mail box located at 20 S. Clark Street, Chicago, IL 60603.

/s/ *Steve Miljus*_____
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

```
Label Matrix for local noticing          U.S. Bankruptcy Court                    AMSHER COLLECTION SERV
0752-1                                   Eastern Division                         600 BEACON PKWY W STE 15
Case 17-07264                            219 S Dearborn                           BIRMINGHAM, AL 35209-3114
Northern District of Illinois            7th Floor
Chicago                                  Chicago, IL 60604-1702
Mon Dec  3 13:31:34 CST 2018

AT&T Mobility II LLC                     American InfoSource LP as agent for      CONVERGENT OUTSOURCING
%AT&T SERVICES INC.                      T Mobile/T-Mobile USA Inc                800 SW 39TH ST
KAREN A. CAVAGNARO  PARALEGAL            PO Box 248848                            RENTON, WA 98057-4927
ONE AT&T WAY, SUITE 3A104                Oklahoma City, OK  73124-8848
BEDMINSTER, NJ. 07921-2693

Chrysler Capital                         City of Chicago - Parking and red Light Tick   City of Chicago Department of Finance
91 WALL STREET POB 666                   121 N. LaSalle Street                    c/o Arnold Scott Harris P.C.
MADISON, CT 06443-0666                   Chicago, IL 60602-1202                   111 W Jackson Blvd Ste.600
                                                                                  Chicago IL. 60604-3517

(p)COMED                                 Commonwealth Edison Company              Directv, LLC
1919 SWIFT DR                            Bankruptcy Department                    by American InfoSource LP as agent
OAKBROOK IL 60523-1502                   1919 Swift Dr                            4515 N Santa Fe Ave
                                         Oakbrook Terrace, IL 60523-1502          Oklahoma City, OK 73118-7901

ERC                                      Harris, Arnold                           Peoples Gas
PO Box 57547                             111 West Jackson B                       200 E. Randolph
Jacksonville, FL 32241-7547              Chicago, IL 60604-4135                   Chicago, IL 60601-6302

Santander Consumer USA Inc an IL Corp    U S DEPT OF ED/GSL/ATL                   Alexander Preber
dba Chrysler Capital                     PO BOX 2287                              The Semrad Law Firm, LLC
PO Box 961275                            ATLANTA, GA 30301-2287                   20 S. Clark St, 28th Floor
Fort Worth, TX 76161-0275                                                         Chicago, IL 60603-1811

Allen Thomas                             Patrick S Layng                          Steve Miljus
5231 W. Gladys Ave                       Office of the U.S. Trustee, Region 11    The Semrad Law Firm, LLC
Chicago, IL 60644-4802                   219 S Dearborn St                        20 S Clark, 28th
                                         Room 873                                 Chicago, IL 60603
                                         Chicago, IL 60604-2027

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
ComEd                                    End of Label Matrix
3 Lincokln Cetre                         Mailable recipients    21
c/o Sabrina Copelan                      Bypassed recipients     0
Villa Park, IL 60181                     Total                  21
```

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17 B 07264 |
| Allen Thomas, ) | HON. COX |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

### MOTION TO VACATE ORDER DISMISSING CASE

NOW COMES the Debtor, Allen Thomas., by and through Debtor's attorneys, The Semrad Law Firm, LLC, and hereby moves this Honorable Court to vacate the Order entered on November 5, 2018, dismissing the Debtor's Chapter 13 case. Debtor states the following:

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§1334 & 157. This is a core proceeding pursuant to 28 U.S.C. §157.

2. On March 9, 2017, Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

3. That on November 5, 2018, Debtor's case was dismissed by the Chapter 13 Trustee for failure to turnover tax refund.

4. Debtor has tendered her 2017 taxes and does not owe the Trustee.

5. Debtor respectfully requests this Honorable Court to vacate the dismissal Order entered on November 5, 2018.

6. Debtor has filed the instant case in good faith and is in a position to proceed.

WHEREFORE, Allen Thomas., Debtor, respectfully requests this Honorable Court to enter an Order (a) vacating the Order dismissing Debtor's case, and (b) for such other and further relief as this Court deems fair and just.

                Respectfully submitted,

                /s/ *Steve Miljus*_____
                Attorney for Debtor

                The Semrad Law Firm, LLC
                20 S. Clark Street, 28th Floor
                Chicago, IL 60603
                (312) 913-0625