Form ntc

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 17–07264
Chapter: 13
Judge: Jacqueline P. Cox

In Re:
   Allen Thomas
   5231 W. Gladys Ave
   Chicago, IL 60644

Social Security / Individual Taxpayer ID No.:
   xxx–xx–8332

Employer Tax ID / Other nos.:

---

## NOTICE

To the Debtor(s), Creditors, and other Parties in Interest:

You are hereby notified that the court has signed an order dated December 10, 2018 vacating the dismissal order entered on November 5, 2018.

FOR THE COURT

Dated: December 11, 2018        Jeffrey P. Allsteadt , Clerk
                                                        United States Bankruptcy Court